| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Sweet, Robert W. | 2. Court or Organization U.S. District Court | 3. Date of Report 08/15/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge (Senior status) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

U.S. District Court
500 Pearl St - Room 1940
New York, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | The Constitution Works |
| 2. | Member, Board of Directors | World Figure Skating Museum |
| 3. | Member, Board of Managers | Havens Society (resigned March 19, 2014) |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 08/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 08/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 08/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Pfizer | A | Dividend | J | T | | | | | |
| 2. IBM | B | Dividend | L | T | | | | | |
| 3. Walt Disney Company | A | Dividend | L | T | | | | | |
| 4. AT&T Corp | A | Dividend | J | T | | | | | |
| 5. Alcatel -Lucent | | None | J | T | | | | | |
| 6. 3M | B | Dividend | L | T | | | | | |
| 7. Imation Corp | | None | J | T | | | | | |
| 8. Proctor & Gamble Co | B | Dividend | L | T | | | | | |
| 9. General Electric Co. | A | Dividend | J | T | | | | | |
| 10. LSI Corp | A | Dividend | J | T | | | | | |
| 11. Comcast Corp | A | None | J | T | | | | | |
| 12. Smucker J M Company | A | Dividend | J | T | | | | | |
| 13. Amazon.com Inc. | | None | L | T | | | | | |
| 14. Federated Capital Reserves (a) | A | Dividend | J | T | | | | | |
| 15. | | | | | | | | | |
| 16. Wells Fargo Company | A | Dividend | | | Sold | 04/17/13 | L | F | |
| 17. Amazon.com Inc | | None | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 08/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Microsoft | B | Dividend | L | T | Sold | 08/26/13 | L | E | |
| 19. USTN 1.375% TIP 7/15/18 | C | Interest | N | T | | | | | |
| 20. Fid. Trust Co Int'l Money Market Fund (a) | A | Dividend | J | T | | | | | |
| 21. RBC Prime Money Market (a) | A | Dividend | L | T | | | | | |
| 22. Knolls II Villa LP | | None | | | Sold | 12/31/13 | N | | |
| 23. Estes - Sheridan LP | | None | J | U | | | | | |
| 24. NP Stratham LLC | E | Distribution | N | U | | | | | |
| 25. NP Dover LP | G | Distribution | J | U | | | | | |
| 26. NP Nashua LLC | E | Distribution | L | U | | | | | |
| 27. NP Hanson LLC | | None | J | U | | | | | |
| 28. NP Portfolio Account LLC | F | Distribution | N | U | | | | | |
| 29. NPS2 LLC | B | Distribution | J | U | | | | | |
| 30. Execwest LLC | | None | M | U | | | | | |
| 31. Execusouth LLC | D | Distribution | J | U | Spinoff (from line 30) | 06/14/13 | | | |
| 32. | | | | | | | | | |
| 33. Trust #1 (lines 34- 98) (b) | E | Distribution | O | T | | | | | |
| 34. 3M | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 08/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ace Limited | | | | | | | | | |
| 36. Activision Blizzard Inc | | | | | Sold | 08/23/13 | K | C | |
| 37. Agilent Technologies | | | | | | | | | |
| 38. Allegion | | | | | Spinoff (from line 63) | 12/5/13 | | | |
| 39. Allegion | | | | | Sold | 12/13/13 | J | B | |
| 40. Altera Corp | | | | | Sold | 01/25/13 | J | A | |
| 41. Amer Intl Group | | | | | | | | | |
| 42. Amgen | | | | | | | | | |
| 43. Analog Devices Inc. | | | | | | | | | |
| 44. Apple Inc | | | | | Sold (part) | 08/23/13 | K | B | |
| 45. Applied Material | | | | | Buy | 05/29/13 | J | | |
| 46. Biogen Idec | | | | | Buy | 06/14/13 | J | | |
| 47. Borg Warner | | | | | Buy | 08/23/13 | J | | |
| 48. Capital One Financial | | | | | Sold | 05/03/13 | K | D | |
| 49. Cisco Systems | | | | | Buy | 08/23/13 | K | | |
| 50. Cisco Systems | | | | | Buy (add'l) | 10/16/13 | J | | |
| 51. Coca Cola | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 08/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Comcast | | | | | Sold (part) | 08/23/13 | K | C | |
| 53. Disney | | | | | | | | | |
| 54. EMC | | | | | Buy (add'l) | 02/26/13 | J | | |
| 55. EMC | | | | | Buy (add'l) | 08/23/13 | J | | |
| 56. Exelis Inc. | | | | | | | | | |
| 57. Xylem (formerly reported as Exlem) | | | | | | | | | |
| 58. Exxon Mobil Corp | | | | | Sold (part) | 02/26/13 | J | D | |
| 59. Exxon Mobil Corp | | | | | Sold (part) | 06/14/13 | J | D | |
| 60. Halliburton | | | | | Buy | 08/23/13 | K | | |
| 61. ITT Industries | | | | | | | | | |
| 62. IBM | | | | | Sold | 08/23/13 | K | D | |
| 63. Ingersoll Rand | | | | | | | | | |
| 64. International Paper Co | | | | | Buy (add'l) | 01/25/13 | J | | |
| 65. International Paper Co | | | | | Sold (part) | 10/16/13 | J | B | |
| 66. Kla Tencor | | | | | Sold | 05/29/13 | J | A | |
| 67. L Brands (name changed from Limited Brands) | | | | | Sold | 05/03/13 | K | D | |
| 68. Lowes | | | | | Buy | 05/03/13 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 08/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Marathon Oil | | | | | Sold (part) | 01/25/13 | K | C | |
| 70. Marathon Oil | | | | | Buy (add'l) | 02/26/13 | J | | |
| 71. McDonalds Corp | | | | | Sold (part) | 02/26/13 | J | D | |
| 72. Medronics | | | | | Buy | 08/23/13 | J | | |
| 73. Merck | | | | | Buy (add'l) | 01/25/13 | J | | |
| 74. Microsoft | | | | | | | | | |
| 75. Netapp | | | | | Buy | 08/23/13 | J | | |
| 76. NRG Energy Inc | | | | | Sold | 01/25/13 | J | | |
| 77. Oracle | | | | | Buy (add'l) | 02/26/13 | J | | |
| 78. Packaging Corp | | | | | Buy | 02/26/13 | J | | |
| 79. Pfizer | | | | | | | | | |
| 80. Phillip Morris | | | | | | | | | |
| 81. Suncor | | | | | Buy | 01/25/13 | K | | |
| 82. Suncor | | | | | Buy (add'l) | 02/26/13 | J | | |
| 83. Suntrust | | | | | Buy | 01/25/13 | J | | |
| 84. Suntrust | | | | | Buy (add'l) | 05/03/13 | K | | |
| 85. TRW Auto | | | | | Buy | 02/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 08/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. TRW Auto | | | | | Buy (add'l) | 05/03/13 | J | | |
| 87. Teredata Corp | | | | | Buy (add'l) | 01/25/13 | J | | |
| 88. Travelers Co | | | | | | | | | |
| 89. United Contl Holdings | | | | | Buy | 01/25/13 | J | | |
| 90. United Contl Holdings | | | | | Buy (add'l) | 02/01/13 | J | | |
| 91. United Technologies | | | | | Sold (part) | 06/14/13 | J | D | |
| 92. Unitedhealth Group | | | | | Sold (part) | 02/26/13 | K | E | |
| 93. Verizon Comm | | | | | Sold (part) | 04/30/13 | J | B | |
| 94. Verizon Comm | | | | | Sold (part) | 05/06/13 | K | C | |
| 95. WSTN Digital | | | | | Sold | 01/25/13 | K | E | |
| 96. Wal Mart | | | | | | | | | |
| 97. CMA Money Fund (a) | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. Trust #2 (lines 101 -116) (b) | G | Distribution | P1 | T | | | | | |
| 100. USTN 1.875% due 7/15/19 | | | | | | | | | |
| 101. Apple Inc | | | | | | | | | |
| 102. Microsoft | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 08/15/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. North Colorado Springs Land & Improvemnet Co. | | | | | | | | | |
| 104. Sandisk | | | | | Sold | 02/15/13 | M | E | |
| 105. Seagate Tech | | | | | | | | | |
| 106. Fiduciary Trust Int'l Money Market (a) | | | | | | | | | |
| 107. Silvercrest Global Fund (formerly MW Global Partners) | | | | | | | | | |
| 108. Pershing Sq LP | | | | | Redeemed (part) | 01/08/13 | N | G | |
| 109. Pershing Sq LP | | | | | Redeemed (part) | 04/12/13 | N | G | |
| 110. Pershing Sq LP | | | | | Redeemed (part) | 07/08/13 | N | G | |
| 111. Pershings Sq LP | | | | | Redeemed (part) | 07/11/13 | K | D | |
| 112. Pershing Sq LP | | | | | Redeemed (part) | 10/10/13 | N | G | |
| 113. Norweign Gov'6 6.5% due 05/15/13 | | | | | Matured | 05/15/13 | L | | |
| 114. SPDR Gold Trust | | | | | Buy (add'l) | 01/28/13 | M | | |
| 115. JPM Chase Bank-NOK London Time Deposit | | | | | Matured | 01/28/13 | M | A | |
| 116. | | | | | | | | | |
| 117. Trust #3 (lines 119 - 138) (b) | None | | P1 | T | | | | | |
| 118. Fiduciary Trust Int'l Money Market (a) | | | | | | | | | |
| 119. Berkshire Hathaway (c) | | | | | Sold (part) | 01/04/13 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 08/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Dell Inc. | | | | | Sold | 04/12/13 | L | | |
| 121. Dolby Labs | | | | | Sold | 03/25/13 | M | D | |
| 122. Forest Labs (c) | | | | | Sold | 01/04/13 | M | D | |
| 123. GT Advanced Technology | | | | | Sold | 08/26/13 | K | | |
| 124. Intel Corp. | | | | | Sold | 08/26/13 | M | D | |
| 125. iShares Comex Gold | | | | | | | | | |
| 126. Marvell Technology Group | | | | | Sold | 03/25/13 | M | | |
| 127. SPDR Gold Trust | | | | | | | | | |
| 128. Gotham Absolute Return | | | | | Buy | 03/27/13 | O | | |
| 129. Gothan Absolute Return | | | | | Buy (add'l) | 12/12/13 | K | | |
| 130. Estes - Sheridan LP | | | | | | | | | |
| 131. NP Strathan LLC | | | | | | | | | |
| 132. NP Dover LLC | | | | | | | | | |
| 133. NP Nashua LLC | | | | | | | | | |
| 134. NP Hanson LLC | | | | | | | | | |
| 135. NP Portfolio Account LLC | | | | | | | | | |
| 136. NPS2 LLC | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 08/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Execwest LLC | | | | | | | | | |
| 138. Trans-Lux Series A pfd (d) | | | | | | | | | |
| 139. Trans-Lux Corp new (e) | | | | | Spinoff (from line 138) | 02/26/13 | | | |
| 140. | | | | | | | | | |
| 141. Citibank money market account | A | Interest | J | T | | | | | |
| 142. Citibank checking account | | None | J | T | | | | | |
| 143. JPMorgan Chase checking account | | None | J | T | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 08/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investements and Trusts

(a) = This is a money market type fund with shares remaining at a constant value of $1.00. Purchases and sales, with no gain or loss, were made throughout the year.

(b) = Income beneficiary only.

(c) = Appeared on the January 2013 statement with a transaction date of 12/31/12 and settlement on 01/04/13. Sale not included on 2012 FDR.

(d) = Acquired 11/11/11 and erroneously omitted from previous reports. The omission had no effect on the value code for Trust #3.

(e) = On 10/13/13, 50,000 shares Trans-Lux were exchanged for 2,000 shares Trans-Lux new.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert W. Sweet**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544